# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00067-JAD-CWH-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 29 |
| MICHAEL MANSOUR YAZDABADI, | |
| Defendant. | |

Based on the parties stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, April 14, 2021 at 2:00 p.m., be vacated and continued to may 17, 2021, at 10:00 a.m.

DATED this 13th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE